FILED

FEB - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER ) 
19 East 57th Street )
New York, New York 10022, )
)
           Plaintiff, )
)
vs. )
)
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, )
)
           Defendants. )
_____)

Ca CASE NUMBER  1:07CV00273

JUDGE: Royce C. Lamberth

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 02/06/2007

## PLAINTIFF'S MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Plaintiff LOUIS VUITTON MALLETIER hereby moves to file the Complaint and Motion for Ex Parte Temporary Restraining Order in this matter under seal and states as follows:

Plaintiffs desire to file a Complaint and Motion for Ex Parte Temporary Restraining Order in this matter ("the Complaint and Motion"). The purpose of the Complaint and Motion is to prevent the infringement and counterfeiting of trademarks that currently appear on handbags, luggage, and related accesories that are being distributed by numerous street vendors and itinerant shop keepers in Washington, D.C. However, in order to properly seize these items and prevent their sale, plaintiff requires some element of surprise so that the vendors and shopkeepers do not remove these items from display before plaintiffs they are seized. Additionally, under 15 U.S.C. §1116(d)(4)(b)(ii), in order to receive an order for seizure of infringing goods from the Court, plaintiff must show that it has not publicized the requested seizure.

WHEREFORE, Louis Vuitton Malletier prays that this Court enter its order granting them leave to file the Complaint and Motion under seal.

1

Dated: February 2, 2007

Respectfully submitted,

*Stephen R. Smith* / IJS

Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
Louis Vuitton Malletier

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

2