**FILED**
**FEB - 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER )
19 East 57th Street )
New York, New York 10022, )
)
        Plaintiff, )
) Case No.: **07 0273**
vs. )
)
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, )
)
        Defendants. )
)

## ORDER GRANTING MOTION TO FILE COMPLAINT AND MOTION FOR EX PART TEMPORARY RESTRAINING ORDER UNDER SEAL

Before this Court is Plaintiff Louis Vuitton Malletier's Motion to File Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order Under Seal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Louis Vuitton Malletier's Motion to File Complaint and Motion for <u>Ex Parte</u> Restraining Order Under Seal in this proceeding is GRANTED.

                                                                   _____
                                                                   JUDGE; UNITED STATES DISTRICT COURT FOR
                                                                   THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

February 6, 2007

ISSUED: 12:00 p.m.

::ODMA\PCDOCS\WSH\413022\1