UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER )
19 East 57th Street )
New York, New York 10022, )
                                    Plaintiff, )
                                                ) Case No.:
vs. )
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, )
                                  Defendants. )

PLAINTIFF'S DISCLOSURE STATEMENT
FILED PURSUANT TO LOCAL CIVIL RULE 26.1

      I, the undersigned, counsel of record for plaintiff Louis Vuitton Malletier ("Louis Vuitton") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Louis Vuitton which have any outstanding securities in the hands of the public: LVMH Moët Hennessy Louis Vuitton SA.

      This representation is made in order that judges of this court may determine the need for recusal.

      Dated: February 2, 2007

                                              Respectfully submitted,

                                              /s/ Ivan J. Snyder
                                              Stephen R. Smith
                                              D.C. Bar No. 453719
                                              Ivan J. Snyder
                                              D.C. Bar No. 498461
                                              POWELL GOLDSTEIN LLP
                                              901 New York Avenue, N.W.
                                              Third Floor
                                              Washington, D.C. 20001
                                              202-347-0066
                                              202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
Louis Vuitton Malletier

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\412798\1