UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>VARIOUS JOHN DOES NOS. 1-300,  )<br>AND XYZ COMPANIES NOS. 1-20,  )<br><br>Defendants.  ) | **SEALED**<br><br>Civil Action No. 07-273 (RCL)<br><br>**FILED**<br><br>FEB - 7 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

On February 7, 2007, a hearing on Plaintiff's Motion for an *Ex Parte* Temporary

Restraining Order and Impoundment Order was held before this Court. Upon consideration of

Plaintiff's proffer, this Court GRANTED Plaintiff's Motion for an *Ex Parte* Temporary

Restraining Order and Impoundment Order. Accordingly, it is hereby

ORDERED that, in the interests of justice and for good cause shown, the period for the

Temporary Restraining Order shall be further extended for an additional period of ten (10)

business days, and shall expire on March 8, 2007.

SO ORDERED.

_____
DATE    2/7/07

_____
United States District Judge