UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 07-0723 (RCL) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

Plaintiff Louis Vuitton Malletier ("Louis Vuitton") hereby asks this Court to please take notice of the filing of a surety bond, which is attached hereto as Exhibit A, pursuant to the Court's order of February 7, 2007.

Respectfully submitted,

POWELL GOLDSTEIN LLP

/s/ Ivan J. Snyder
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202/347-0066
202/624-7222 (facsimile)

ATTORNEYS FOR PLAINTIFF
Louis Vuitton Malletier

Case 1:07-cv-00273-RCL     Document 9     Filed 02/13/2007     Page 2 of 2

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY  10022
212-688-5151
212-688-8315 (facsimile)

Dated:   February 12, 2007

::ODMA\PCDOCS\WSH\413937\1