UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>      Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>      Defendants. | Case No.: 07-0273 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW, Louis Vuitton Malletier ("Vuitton") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On March 1, 2007, Vuitton executed seizures under the terms of this Court's February 7, 2007 Order.

2. During those seizures, Vuitton identified a number of vendors who were trading in counterfeit Vuitton merchandise. Those vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Vuitton requests that the Court enter the Order submitted herewith naming the identified vendors individually as defendants in this action.

WHEREFORE, Vuitton respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Stephen R. Smith_____
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY
212-688-5151
212-688-8315 (Facsimile)

Dated:   March 6, 2007

::ODMA\PCDOCS\WSH\414988\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>)<br>_____) | Case No.: 07-0723 (RCL) |

### DECLARATION OF SERVICE

1. My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2. When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's <u>Ex Parte</u> Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3. On March 1, 2007, service was effected on the following individual and/or business establishments:

(a) High Design, a business establishment located at 1257 Wisconsin Avenue, N.W., Washington, D.C. 20007. Eight counterfeit items were seized; and

2

    (b)    Anne Kabail Kagwa, who was vending at 19th and M Streets N.W., Washington, D.C.  Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, Virginia 22302.  Forty counterfeit Vuitton items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 6, 2007
             Washington, D.C.

                                          /s/ Jack Smalley
                                          Jack Smalley

::ODMA\PCDOCS\WSH\414990\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER<br><br>  Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>  Defendants. | Case No.: 07-0723 (RCL) |

ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

   XYZ Company 1 is High Design;

   John Doe 1 is Anne Kabail Kagwa.

Dated: _____        SO ORDERED:


::ODMA\PCDOCS\WSH\414991\1
                                 _____
                                 UNITED STATES DISTRICT JUDGE
                                 FOR THE DISTRICT OF COLUMBIA