UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER.    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>VARIOUS JOHN DOES NOS. 1-300,    )<br>and XYZ COMPANIES NOS. 1-20,    )<br>)<br>Defendants.    )<br>)<br>_____)  | Case No.: 07-0723 (RCL) |

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Louis Vuitton Malletier hereby moves to unseal this matter and states as follows:

On February 6, 2007, this Court granted Plaintiff's motion to file the Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order ("the Complaint and Motion") in this matter under seal. Plaintiff required some element of surprise so that the vendors and shopkeepers did not remove these items from display before they were seized. Plaintiff has executed seizures of these items and did not publicize the requested seizures as required under under 15 U.S.C. §1116(d)(4)(b)(ii). However, the order sealing this matter is no longer necessary and Plaintiff requests that it be lifted.

WHEREFORE, Louis Vuitton Malletier prays that this Court enter an order unsealing this matter.

Dated: March 6, 2007                    Respectfully submitted,

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
LOUIS VUITTON MALLETIER

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VARIOUS JOHN DOES NOS. 1-300, ) <br> and XYZ COMPANIES NOS. 1-20, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 07-0723 (RCL) |

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Louis Vuitton Mallitier's Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Louis Vuitton Malletier's Motion to Unseal in this proceeding is GRANTED.

                                                                           ROYCE C. LAMBERTH
                                                                           UNITED STATES DISTRICT JUDGE
                                                                           FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March __, 2007

ISSUED: _____ _.m.

::ODMA\PCDOCS\WSH\415919\1