UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER )
)
Plaintiff, )
)
vs. )
) Case No.: 07-0723 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
)
Defendants. )
)
)
)
)

FILED

MAR - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 1 is High Design;

John Doe 1 is Anne Kabail Kagwa.

Dated: 3/7/07

SO ORDERED:

::ODMA\PCDOCS\WSH\414991\1

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA