UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER

Plaintiff,

vs.

VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20,

Defendants.

Case No.: 07-0273 (RCL)

MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW, Louis Vuitton Malletier ("Vuitton ") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On April 19, 2007 and June 6, 2007, Vuitton executed seizures under the terms of this Court's March 7, 2007 Order.

2. During those seizures, Vuitton identified a number of vendors who were trading in counterfeit Vuitton merchandise. Those vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Vuitton requests that the Court enter the Order submitted herewith naming the identified vendors individually as defendants in this action.

WHEREFORE, Vuitton respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY
212-688-5151
212-688-8315 (Facsimile)

Dated: August 8, 2007

::ODMA\PCDOCS\WSH\428875\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER

Plaintiff,

vs.

VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20,

Defendants.

Case No.: 07-0723 (RCL)

ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 2 is D.C. Styles, Inc.;

XYZ Company 3 is Georgetown Cutting-Edge Gallery;

John Doe 2 is Juanita Cook;

John Doe 3 is Abdul H. Ganizado; and

John Doe 4 is John Burney.

Dated: ____________________

SO ORDERED:

______________________________

UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\428880\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER<br><br>Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20,<br><br>Defendants. | Case No.: 07-0723 (RCL) |

DECLARATION OF SERVICE

1. My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2. When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3. On April 19, 2007, service was effected on the following individual and/or business establishments:

(a) D.C. Styles, Inc., a business establishment located at 1342 H St. NE, Washington, D.C. 20002. Thirty-three counterfeit items were seized; and

(b) Georgetown Cutting-Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Nineteen counterfeit items were seized; and

(c) Juanita Cook, who was vending at 23rd and I Streets, NW., Washington, D.C. Ms. Cook resides at 900 Varney St. SE #10, Washington, D.C. 20023. Eight counterfeit items were seized.

4. On June 6, 2007, service was effected on the following individuals:

(a) Abdul H. Ganizado, who was vending at 1100 Connecticut Avenue, NW., Washington, D.C. Mr. Ganizado resides at 1359 Meridian Place, NW, Washington, D.C. 20010. One counterfeit item was seized; and

(b) John Burney, who was vending at 630 Rhode Island Avenue, NW, Washington, D.C. Mr. Burney resides at 2108 E. Marlboro Ave., Landover, MD 20785. Sixty-six counterfeit items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2007
Washington, D.C.

/s/ Jack Smalley
Jack Smalley

::ODMA\PCDOCS\WSH\428876\1