UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, <br><br> Defendants. | Case No.: 07-0723 (RCL) |

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 2 is D.C. Styles, Inc.;

XYZ Company 3 is Georgetown Cutting-Edge Gallery;

John Doe 2 is Juanita Cook;

John Doe 3 is Abdul H. Ganizado; and

John Doe 4 is John Burney.

Dated: _____8/9/07_____            SO ORDERED:

::ODMA\PCDOCS\WSH\428880\1

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA