UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON, MALLETIER )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>    Defendant. )<br>) | Case No.: 07-0273 (RCL) |

LINE WITHDRAWING COUNSEL OF RECORD

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Stephen R. Smith as Lead Counsel of Record for the Plaintiff, Louis Vuitton, Malletier. Ivan J. Snyder will remain as Counsel of Record and can be contacted at:

Ivan J. Snyder, Esq.
DC Bar No. 498461
Powell Goldstein LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
(202) 624-7239
(202) 624-7222 (facsimile)

Respectfully submitted,

   /s/ Stephen R. Smith
Stephen R. Smith
DC Bar No. 453719
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202/347-0066
202/624-7222 (Facsimile)

2

                ATTORNEYS FOR PLAINTIFF
                LOUIS VUITTON, MALLETIER

                WITHDRAWING COUNSEL:
                  /s/Stephen R. Smith
                Stephen R. Smith
                D.C. Bar No. 453719

OF COUNSEL

Brian W. Brokate
Angelo E.P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)


Dated: January 24, 2008


::ODMA\PCDOCS\WSH\442975\1