UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER,        )
                                )
        Plaintiff,               )
                                )
vs.                             )
                                )
VARIOUS JOHN DOES NOS. 1-300, and )   Case No.:  07-0273 (RCL)
XYZ COMPANIES NOS. 1-20,        )
                                )
        Defendants.              )
                                )

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW, Louis Vuitton Malletier ("Vuitton") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On September 27, 2007 and December 14, 2007, Vuitton executed seizures under the terms of this Court's August 9, 2007 Order.

2. During those seizures, Vuitton identified a number of vendors who were trading in counterfeit Vuitton merchandise. Those vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Vuitton requests that the Court enter the Order submitted herewith naming the identified vendors individually as defendants in this action.

WHEREFORE, Vuitton respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY
212-688-5151
212-688-8315 (Facsimile)

Dated:   March 10, 2008

::ODMA\PCDOCS\WSH\444148\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 07-0273 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

　　XYZ Company 4 is Jay Cosmetic & Beauty Supply;

　　XYZ Company 5 is Georgetown Cutting Edge Gallery;

　　XYZ Company 6 is Georgetown Cutting Edge Gallery;

　　John Doe 5 is Jose Antonio Salinas;

　　John Doe 6 is Amos A. Ochieng;

　　John Doe 7 is Jose Antonio Salinas;

　　John Doe 8 is Alssine Diogne; and

　　John Doe 9 is Omji Uprati.

Dated: _____　　　　　　　　SO ORDERED:

2

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, <br><br> Defendants. | Case No.: 07-0273 (RCL) |

DECLARATION OF SERVICE

1.  My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.  When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's <u>Ex Parte</u> Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.  On September 27, 2007, service was effected on the following individual and/or business establishments:

    (a) Jay Cosmetic & Beauty Supply, a business establishment located at 4522 Benning Rd. SE, Washington D.C. 20019. Forty-one counterfeit items were seized; and

    (b) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Twenty-seven counterfeit items were seized; and

  (c) Jose Antonio Salinas, who was vending at 1535 Wisconsin Ave, NW., Washington, D.C.  Ms. Cook resides at 1535 Wisconsin Ave. NW, Washington D.C. 2007.  Two counterfeit items were seized.

 4. On December 14, 2007, service was effected on the following individuals and/or business establishments:

  (a) Amos A. Ochieng, who was vending at Wisconsin Ave. and N St. NW., Washington, D.C.  Mr. Ochieng resides at 14522 Banquo Terrace, Silver Spring, Maryland 20926.  Eleven counterfeit item was seized; and

  (b) Jose Antonio Salinas, who was vending at 1335 Wisconsin Ave., NW, Washington, D.C. Mr. Salinas resides at 1335 Wisconsin Ave., NW, Washington, D.C. 20007. One counterfeit item was seized.

  (c) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  Ninety-seven counterfeit items were seized; and

  (d) Alssine Diogne, who was vending at F St. and 13th St.., NW, Washington, D.C. Mr. Diogne resides at 301 G St. SW #311, Washington, D.C. 20024. Thirty-nine counterfeit items were seized.

  (e) Omji Uprati, who was vending at 1359 Wisconsin Ave. NW, Washington, D.C. Mr. Uprati resides at 1359 Wisconsin Ave. NW, Washington, D.C. 2007. Four counterfeit items were seized.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: March 10, 2008
    Washington, D.C.

            /s/ Jack Smalley
            Jack Smalley

3