UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER<br><br>   Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.:  07-0273 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED

  I hereby certify under penalty of perjury, on this 18th day of March 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

  1. On March 1, 2007, service was effected on the following individual and/or business establishments:

    (a) High Design, a business establishment located at 1257 Wisconsin Avenue, N.W., Washington, D.C. 20007; and

    (b) Anne Kabail Kagwa, who was vending at 19th and M Streets N.W., Washington, D.C.  Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, Virginia 22302.

  2. On April 19, 2007, service was effected on the following individual and/or business establishments:

    (a) D.C. Styles, Inc., a business establishment located at 1342 H St. NE, Washington, D.C. 20002; and

  (b) Georgetown Cutting-Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007; and

  (c) Juanita Cook, who was vending at 23rd and I Streets, NW., Washington, D.C. Ms. Cook resides at 900 Varney St. SE #10, Washington, D.C. 20023.

 3. On June 6, 2007, service was effected on the following individuals:

  (a) Abdul H. Ganizado, who was vending at 1100 Connecticut Avenue, NW., Washington, D.C. Mr. Ganizado resides at 1359 Meridian Place, NW, Washington, D.C. 20010; and

  (b) John Burney, who was vending at 630 Rhode Island Avenue, NW, Washington, D.C. Mr. Burney resides at 2108 E. Marlboro Ave., Landover, MD 20785.

 4. On September 27, 2007, service was effected on the following individual and/or business establishments:

  (a) Jay Cosmetic & Beauty Supply, a business establishment located at 4522 Benning Rd. SE, Washington D.C. 20019; and

  (b) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007; and

  (c) Jose Antonio Salinas, who was vending at 1535 Wisconsin Ave, NW., Washington, D.C. Ms. Cook resides at 1535 Wisconsin Ave. NW, Washington D.C. 20007.

 5. On December 14, 2007, service was effected on the following individuals and/or business establishments:

  (a) Amos A. Ochieng, who was vending at Wisconsin Ave. and N St. NW., Washington, D.C. Mr. Ochieng resides at 14522 Banquo Terrace, Silver Spring, Maryland 20926; and

  (b) Jose Antonio Salinas, who was vending at 1335 Wisconsin Ave., NW, Washington, D.C. Mr. Salinas resides at 1335 Wisconsin Ave., NW, Washington, D.C. 20007.

  (c) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.

  (d) Alssine Diogne, who was vending at F St. and 13th St.., NW, Washington, D.C. Mr. Diogne resides at 301 G St. SW #311, Washington, D.C. 20024; and

  (e) Omji Uprati, who was vending at 1359 Wisconsin Ave. NW, Washington, D.C. Mr. Uprati resides at 1359 Wisconsin Ave. NW, Washington, D.C. 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2008

               Respectfully submitted,

                /s/ Ivan J. Snyder
               Ivan J. Snyder
               D.C. Bar No. 498461
               POWELL GOLDSTEIN LLP
               901 New York Avenue, N.W.
               Third Floor
               Washington, D.C. 20001
               202-347-0066
               202-624-7222 (Facsimile)

               ATTORNEYS FOR PLAINTIFF
               LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\445775\1