UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER </br></br> Plaintiff, </br></br> vs. </br></br> VARIOUS JOHN DOES NOS. 1-300, and </br> XYZ COMPANIES NOS. 1-20, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  Case No.: 07-0273 (RCL) </br> ) </br> ) </br> ) </br> ) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW, Louis Vuitton Malletier ("Vuitton ") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1.  On March 27, 2008, April 16, 2008, May 7, 2008, May 29, 2008, June 7, 2008, and June 12, 2008, Vuitton executed seizures under the terms of this Court's March 11, 2008 Order.

2.  During those seizures, Vuitton identified a number of vendors who were trading in counterfeit Vuitton merchandise. Those vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3.  Based on that declaration, Vuitton requests that the Court enter the Order submitted herewith naming the identified vendors individually as defendants in this action.

WHEREFORE, Vuitton respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY
212-688-5151
212-688-8315 (Facsimile)

Dated:   July 31, 2008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER<br><br>    Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 07-0273 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    XYZ Company 7 is Belmondo, Inc.;

    XYZ Company 8 is Georgetown Cutting Edge Gallery;

    XYZ Company 9 is Many Shoe Outlet;

    XYZ Company 10 is Washington Shoes, Inc.;

    XYZ Company 11 is Shangri-La, Inc.;

    XYZ Company 12 is Beauty Island, Inc.;

    XYZ Company 13 is Lucky CNN Jewelry;

    XYZ Company 14 is Sinai Jewelry;

    XYZ Company 15 is High Design;

    XYZ Company 16 is Beauty Island, Inc.;

XYZ Company 17 is High Design;

XYZ Company 18 is Georgetown Cutting Edge Gallery;

XYZ Company 19 is Thomas NFI;

XYZ Company 20 is East Bay Wholesalers;

XYZ Company 21 is Georgetown Cutting Edge Gallery;

XYZ Company 22 is High Design;

XYZ Company 23 is New Market;

XYZ Company 24 is Dollar Grocery;

XYZ Company 25 is Beauty World;

XYZ Company 26 is Beauty Supply;

XYZ Company 27 is Dollar Discount Store #9219;

XYZ Company 28 is Beltway Beauty and Barber Supply;

XYZ Company 29 is Scott's Beauty Center;

XYZ Company 30 is Beauty Zone #2555;

XYZ Company 31 is M & H, Inc.;

XYZ Company 32 is D.C. Beauty Supply;

XYZ Company 33 is Beauty Max;

John Doe 10 is Xiu Wong;

John Doe 11 is James Sha'Reyf Doddy;

John Doe 12 is Anne K. Kabali Kagwa;

John Doe 13 is John H. Robinson;

John Doe 14 is Alssime Diagne;

John Doe 15 is Xiu Wong;

John Doe 16 is Carl Middleton;

John Doe 17 is Baba Baro;

John Doe 18 is Mohammad Guennioui;

John Doe 19 is Kevin Thomas;

John Doe 20 is John Patrick Barnes;

John Doe 21 is Martha Alupo Ochieng;

John Doe 22 is Amos O. Ochien.

Dated: _____          SO ORDERED:

                                  _____
                                  UNITED STATES DISTRICT JUDGE
                                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 07-0273 (RCL)<br>) |
| VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20, | )<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

**DECLARATION OF SERVICE**

1.  My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.  When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.  On March 27, 2008, service was effected on the following individual and/or business establishments:

    (a)   Belmondo, Inc., a business establishment located at 1336 Wisconsin Ave. NW, Washington D.C. 20007. One counterfeit item was seized; and

    (b)   Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Two counterfeit items were seized; and

  (c) Many Shoe Outlet, a business establishment located at 1509 5th Street NE, Washington, D.C. 20002. Ninety-one counterfeit items were seized; and

  (d) Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Fifty-six counterfeit items were seized.

 4. On April 16, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Washington Shoes, Inc., a business establishment located at 470 L' Enfant Plasza SW, Washington, D.C. 20024. Fifteen counterfeit items were seized; and

  (b) James Sha'Reyf Doddy, who was vending at 601 Indiana Ave. NW., Washington, D.C. Mr. Doddy resides at 1426 Pennsylvania Ave. SE, Washington, D.C. 20003. Twenty-one counterfeit items were seized; and

  (c) Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. Six counterfeit items were seized; and

  (d) John H. Robinson, who was vending at K and 15th Streets NW, Washington, D.C. Mr. Robinson resides at 5351 Bline St. NE, Washington, D.C. 20019. Ten counterfeit items were seized.

 5. On May 7, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Shangri-La, Inc., a business establishment located at 1502 U St. NW, Washington, D.C. 20009. Five counterfeit items were seized; and

(b)   Alssime Diagne, who was vending at 13th and F Streets NW, Washington, D.C. Mr. Diagne resides at 5800 Merton Ct. #182, Arlington, VA 22311. Eleven counterfeit item were seized; and

(c)   Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C.. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Four counterfeit items were seized; and

(d)   Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009. Fifteen counterfeit items were seized; and

(e)   Lucky CNN Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Two counterfeit items were seized; and

(f)   Sinai Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Four counterfeit items were seized.

6.   On May 29, 2008, service was effected on the following individuals and/or business establishments:

(a)   High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Eighteen counterfeit items were seized; and

(b)   Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009. Five counterfeit items were seized; and

(c)   Carl Middleton, who was vending at 5th Street and Neal Ave. NE, Washington D.C. Mr. Middleton resides at 601 46th Place SE, Washington, D.C. 20019. Nine counterfeit items were seized.

7.   On June 7, 2008, service was effected on the following individuals and/or business establishments:

  (a) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Twenty-six counterfeit items were seized; and

  (b) Baba Baro, who was vending at the Florida Avenue Market, Washington D.C. Mr. Baro resides at 233 S. Wayne Ave. #12, Cincinnati, OH 45215. Sixty-three counterfeit items were seized; and

  (c) Mohammad Guennioui, who was vending at the Florida Avenue Market, Washington D.C. Mr. Guennioui resides at 5846 Neckel St., Dearborn, MI 48126. Six counterfeit items were seized; and

  (d) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. One counterfeit item was seized; and

  (e) Kevin Thomas, who was vending at 410 Rhode Island Ave. NE, Washington, D.C. Mr. Thomas resides at 601 Edgewood St. NE, Washington, D.C. 20017. Two counterfeit items were seized; and

  (f) John Patrick Barnes, who was vending at 638 Rhode Island Ave. NE, Washington, D.C. Mr. Barnes resides at 6906 Opal Place, Capitol Heights, MD 20743. Four counterfeit items were seized; and

  (g) Thomas NFI, a business establishment located at the Florida Avenue Market, Washington D.C. One counterfeit item was seized; and

  (h) East Bay Wholesalers, a business establishment located at 1248-B 5th St. NE, Washington, D.C. 20002. Sixty counterfeit items were seized; and

  (i) Martha Alupo Ochieng, who was vending at Wisconsin and N Streets NW, Washington, D.C. Ms. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906. Seventy-nine counterfeit items were seized.

8.      On June 12, 2008 , service was effected on the following individuals and/or business establishments:

(a)     Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  Sixty-one counterfeit items were seized; and

(b)     Amos O. Ochien, who was vending at Wisconsin and N Streets NW, Washington, D.C.  Mr. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906.  Eight counterfeit items were seized; and

(c)     High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007.  Seven counterfeit items were seized; and

(d)     New Market, a business establishment located at 1406 Good Hope Rd. SE, Washington D.C. 20020.  Eleven counterfeit items were seized; and

(e)     Dollar Grocery, a business establishment located at 2101 Alabama Ave. SE, Washington, D.C. 20020. Twenty-three counterfeit items were seized; and

(f)     Beauty World, a business establishment located at 2842 Alabama Ave. SE, Washington, D.C. 20020. Twenty counterfeit items were seized; and

(g)     Beauty Supply, a business establishment located at 2826 Alabama Ave. SE, Washington, D.C. 20020. Eight counterfeit items were seized; and

(h)     Dollar Discount Store #9219, a business establishment located at 2849 Alabama Ave. SE, Washington, D.C. 20020. Two counterfeit items were seized; and

(i)     Beltway Beauty and Barber Supply, a business establishment located at 3218 Pennsylvania Ave. SE, Washington, D.C. 20020. Forty-four counterfeit items were seized; and

(j)     Scott's Beauty Center, a business establishment located at 2324 Pennsylvania Ave. SE, Washington, D.C. 20020. Eight counterfeit items were seized; and

  (k) Beauty Zone #2555, a business establishment located at 3950-B Minnesota Ave. SE, Washington, D.C. 20019. Twelve counterfeit items were seized; and

  (l) M & H, Inc., a business establishment located at 3939 Minnesota Ave. SE, Washington, D.C. 20019. Five counterfeit items were seized; and

  (m) D.C. Beauty Supply, a business establishment located at 4049 Minnesota Ave. SE, Washington, D.C. 20019. Twenty-seven counterfeit items were seized; and

  (n) Beauty Max, a business establishment located at 1539 Maryland Ave. NE, Washington, D.C. 20002. One counterfeit item was seized.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: July 31, 2008
     Washington, D.C.

            /s/ Jack Smalley
            Jack Smalley