UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LOUIS VUITTON MALLETIER )
)
      Plaintiff, )
)
vs. )
) Case No.: 07-0273 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
)
      Defendants. )
)

FILED
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    XYZ Company 7 is Belmondo, Inc.;

    XYZ Company 8 is Georgetown Cutting Edge Gallery;

    XYZ Company 9 is Many Shoe Outlet;

    XYZ Company 10 is Washington Shoes, Inc.;

    XYZ Company 11 is Shangri-La, Inc.;

    XYZ Company 12 is Beauty Island, Inc.;

    XYZ Company 13 is Lucky CNN Jewelry;

    XYZ Company 14 is Sinai Jewelry;

    XYZ Company 15 is High Design;

    XYZ Company 16 is Beauty Island, Inc.;

XYZ Company 17 is High Design;

XYZ Company 18 is Georgetown Cutting Edge Gallery;

XYZ Company 19 is Thomas NFI;

XYZ Company 20 is East Bay Wholesalers;

XYZ Company 21 is Georgetown Cutting Edge Gallery;

XYZ Company 22 is High Design;

XYZ Company 23 is New Market;

XYZ Company 24 is Dollar Grocery;

XYZ Company 25 is Beauty World;

XYZ Company 26 is Beauty Supply;

XYZ Company 27 is Dollar Discount Store #9219;

XYZ Company 28 is Beltway Beauty and Barber Supply;

XYZ Company 29 is Scott's Beauty Center;

XYZ Company 30 is Beauty Zone #2555;

XYZ Company 31 is M & H, Inc.;

XYZ Company 32 is D.C. Beauty Supply;

XYZ Company 33 is Beauty Max;

John Doe 10 is Xiu Wong;

John Doe 11 is James Sha'Reyf Doddy;

John Doe 12 is Anne K. Kabali Kagwa;

John Doe 13 is John H. Robinson;

John Doe 14 is Alssime Diagne;

John Doe 15 is Xiu Wong;

John Doe 16 is Carl Middleton;

John Doe 17 is Baba Baro;

John Doe 18 is Mohammad Guennioui;

John Doe 19 is Kevin Thomas;

John Doe 20 is John Patrick Barnes;

John Doe 21 is Martha Alupo Ochieng;

John Doe 22 is Amos O. Ochien.

Dated: 8/1/08

SO ORDERED:

*Royce C. Lamberth*
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA