UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>)<br>_____ ) | Case No.: 07-0273 (RCL) |

## **RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**

I hereby certify under penalty of perjury, on this 11th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

1. On March 27, 2008, service was effected on the following individual and/or business establishments:

(a) Belmondo, Inc., a business establishment located at 1336 Wisconsin Ave. NW, Washington D.C. 20007. One counterfeit item was seized; and

(b) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Two counterfeit items were seized; and

(c) Many Shoe Outlet, a business establishment located at 1509 5th Street NE, Washington, D.C. 20002. Ninety-one counterfeit items were seized; and

(d) Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Fifty-six counterfeit items were seized.

2. On April 16, 2008, service was effected on the following individuals and/or business establishments:

(a) Washington Shoes, Inc., a business establishment located at 470 L' Enfant Plasza SW, Washington, D.C. 20024. Fifteen counterfeit items were seized; and

(b) James Sha'Reyf Doddy, who was vending at 601 Indiana Ave. NW., Washington, D.C. Mr. Doddy resides at 1426 Pennsylvania Ave. SE, Washington, D.C. 20003. Twenty-one counterfeit items were seized; and

(c) Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. Six counterfeit items were seized; and

(d) John H. Robinson, who was vending at K and 15th Streets NW, Washington, D.C. Mr. Robinson resides at 5351 Bline St. NE, Washington, D.C. 20019. Ten counterfeit items were seized.

3. On May 7, 2008, service was effected on the following individuals and/or business establishments:

(a) Shangri-La, Inc., a business establishment located at 1502 U St. NW, Washington, D.C. 20009. Five counterfeit items were seized; and

(b) Alssime Diagne, who was vending at 13th and F Streets NW, Washington, D.C. Mr. Diagne resides at 5800 Merton Ct. #182, Arlington, VA 22311. Eleven counterfeit item were seized; and

(c) Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C.. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Four counterfeit items were seized; and

   (d) Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009.  Fifteen counterfeit items were seized; and

   (e) Lucky CNN Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Two counterfeit items were seized; and

   (f) Sinai Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Four counterfeit items were seized.

 4. On May 29, 2008 , service was effected on the following individuals and/or business establishments:

   (a) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007.  Eighteen counterfeit items were seized; and

   (b) Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009.  Five counterfeit items were seized; and

   (c) Carl Middleton, who was vending at 5th Street and Neal Ave. NE, Washington D.C.  Mr. Middleton resides at 601 46th Place SE, Washington, D.C. 20019.  Nine counterfeit items were seized.

 5. On June 7, 2008 , service was effected on the following individuals and/or business establishments:

   (a) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007.  Twenty-six counterfeit items were seized; and

   (b) Baba Baro, who was vending at the Florida Avenue Market, Washington D.C.  Mr. Baro resides at 233 S. Wayne Ave. #12, Cincinnati, OH 45215.  Sixty-three counterfeit items were seized; and

  (c) Mohammad Guennioui, who was vending at the Florida Avenue Market, Washington D.C. Mr. Guennioui resides at 5846 Neckel St., Dearborn, MI 48126. Six counterfeit items were seized; and

  (d) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. One counterfeit item was seized; and

  (e) Kevin Thomas, who was vending at 410 Rhode Island Ave. NE, Washington, D.C. Mr. Thomas resides at 601 Edgewood St. NE, Washington, D.C. 20017. Two counterfeit items were seized; and

  (f) John Patrick Barnes, who was vending at 638 Rhode Island Ave. NE, Washington, D.C. Mr. Barnes resides at 6906 Opal Place, Capitol Heights, MD 20743. Four counterfeit items were seized; and

  (g) Thomas NFI, a business establishment located at the Florida Avenue Market, Washington D.C. One counterfeit item was seized; and

  (h) East Bay Wholesalers, a business establishment located at 1248-B 5th St. NE, Washington, D.C. 20002. Sixty counterfeit items were seized; and

  (i) Martha Alupo Ochieng, who was vending at Wisconsin and N Streets NW, Washington, D.C. Ms. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906. Seventy-nine counterfeit items were seized.

6. On June 12, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Sixty-one counterfeit items were seized; and

(b) Amos O. Ochien, who was vending at Wisconsin and N Streets NW, Washington, D.C. Mr. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906. Eight counterfeit items were seized; and

(c) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Seven counterfeit items were seized; and

(d) New Market, a business establishment located at 1406 Good Hope Rd. SE, Washington D.C. 20020. Eleven counterfeit items were seized; and

(e) Dollar Grocery, a business establishment located at 2101 Alabama Ave. SE, Washington, D.C. 20020. Twenty-three counterfeit items were seized; and

(f) Beauty World, a business establishment located at 2842 Alabama Ave. SE, Washington, D.C. 20020. Twenty counterfeit items were seized; and

(g) Beauty Supply, a business establishment located at 2826 Alabama Ave. SE, Washington, D.C. 20020. Eight counterfeit items were seized; and

(h) Dollar Discount Store #9219, a business establishment located at 2849 Alabama Ave. SE, Washington, D.C. 20020. Two counterfeit items were seized; and

(i) Beltway Beauty and Barber Supply, a business establishment located at 3218 Pennsylvania Ave. SE, Washington, D.C. 20020. Forty-four counterfeit items were seized; and

(j) Scott's Beauty Center, a business establishment located at 2324 Pennsylvania Ave. SE, Washington, D.C. 20020. Eight counterfeit items were seized; and

(k) Beauty Zone #2555, a business establishment located at 3950-B Minnesota Ave. SE, Washington, D.C. 20019. Twelve counterfeit items were seized; and

(l) M & H, Inc., a business establishment located at 3939 Minnesota Ave. SE, Washington, D.C. 20019. Five counterfeit items were seized; and

      (m)    D.C. Beauty Supply, a business establishment located at 4049 Minnesota Ave. SE, Washington, D.C. 20019. Twenty-seven counterfeit items were seized; and

      (n)    Beauty Max, a business establishment located at 1539 Maryland Ave. NE, Washington, D.C. 20002. One counterfeit item was seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 11, 2008

                                      Respectfully submitted,

                                      /s/ Ivan J. Snyder
                                    Ivan J. Snyder
                                    D.C. Bar No. 498461
                                    POWELL GOLDSTEIN LLP
                                    901 New York Avenue, N.W.
                                    Third Floor
                                    Washington, D.C. 20001
                                    202-347-0066
                                    202-624-7222 (Facsimile)

                                    ATTORNEYS FOR PLAINTIFF
                                    LOUIS VUITTON MALLETIER

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)