UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER <br> 19 East 57th Street <br> New York, New York 10022, <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN DOES NOS. 1-300, <br> and XYZ COMPANIES NOS. 1-20, <br><br> Defendants. | Case No. 1:07-cv-00273 <br> Judge Royce C. Lamberth |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT and all parties of record:

    Please enter the appearance of **JONATHAN Y. AI**, and **Law Offices Ai & Associates, P.C.**, as counsel in this case for Defendant Shangri-La Day Spa.

Respectfully submitted,

DATED: **08/04/08**

    /s/  Jonathan Y. Ai
Jonathan Y. Ai
Bar No. MD14898
Law Offices Ai & Associates, P.C.
103 North Adams Street
Rockville, Maryland 20850
(301) 294-0780
EMAIL: jonathan@ailawpc.com

*Counsel for Defendant Shangri-La Day Spa*